EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                     | 2023 TSPR 128 |
|                            |               |
|                            | 213 DPR ___   |
| María I. Torres Alvarado   |               |

Número del Caso:  TS-17,837

Fecha:  13 de octubre de 2023

Representante Legal de la Parte Peticionaria:

    Lcda. Daisy Calcaño López

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re:*<br><br>María I. Torres Alvarado | TS-17,837 | |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 13 de octubre de 2023.

Examinada la *Petición de reinstalación en el ejercicio de la abogacía* presentada el 5 de octubre de 2023 por la Sra. María I. Torres Alvarado (señora Torres Alvarado), así como la *Certificación* presentada el 12 de octubre de 2023 por el Programa de Educación Jurídica Continua, se reinstala a la señora Torres Alvarado al **ejercicio de la abogacía**.

De este modo, se ordena a la Secretaría de este Tribunal hacer el cambio correspondiente en el Registro Único de Abogados y Abogadas (RUA).

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo